IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| MAXIM COMMERCIAL CAPITAL, LLC,<br>    Plaintiff<br><br>V.<br><br>FIDELITY NATIONAL TITLE<br>INSURANCE COMPANY, ALAMO TITLE<br>COMPANY, JOSEPH PAUL GIMBLET,<br>ALAMO TITLE HOLDING COMPANY,<br>AND KAILEY GILLIAM,<br>    Defendants | §§§§§§§§§§§§§§ | CAUSE NO. 1:25-CV-00689 |

## ADR REPORT

The parties hereby advise the Court as follows:

1. The parties have agreed to mediate their dispute.

2. The mediator will be Don Philbin, Jr.

3. The mediation fee will be split evenly between (i) Plaintiff, (ii) the Fidelity/Alamo defendants, and (iii) Kailey Gilliam.

4. The parties anticipate mediating after the completion of necessary written discovery and depositions, but no later than June 26, 2026.

Respectfully submitted,

| | |
|---|---|
| */s/ Michael Weems* | /s/ *Frederick D. Junkin* |
| Michael Weems | Frederick D. Junkin |
| TBN: 2406273 | State Bar No. 11058030 |
| *mweems@hwa.com* | *fred.junkin@phelps.com* |
| Hughes Watter Askanase, L.L.P. | Kristina W. Silcocks |
| Total Energies Plaza | State Bar No. 00795930 |
| 1201 Louisiana, 28th Floor | *kristina.silcocks@phelps.com* |
| Houston, Texas 77002 | Phelps Dunbar LLP |
| (713) 590-4222 Telephone | 3600 N Capital of Texas Hwy, Ste B300 |
| (713) 590-4230 Facsimile | Austin, Texas 78746 |
| | (737) 220-8735 |
| ATTORNEYS FOR PLAINTIFF | (737) 220-8753 (Fax) |
| MAXIM COMMERCIAL CAPITAL, LLC | |
| | Josh Cargile |
| | State Bar No. 24142758 |
| */s/ John F. Carroll* | *josh.cargile@phelps.com* |
| John F. Carroll | Phelps Dunbar LLP |
| Texas State Bar No. 03888100 | 910 Louisiana Street, Suite 4300 |
| *jcarrollsatx@gmail.com* | Houston, Texas 77002 |
| Attorney at Law | (713) 626-1386 |
| 1802 Blanco Road | (713) 626-1388 (Fax) |
| San Antonio, Texas 78212 | |
| (210) 223-2627 - Telephone | ATTORNEYS FOR DEFENDANTS |
| (210) 223-5052 - Facsimile | ALAMO TITLE COMPANY, JOSEPH |
| | PAUL GIMBLET, ALAMO TITLE |
| ATTORNEY FOR DEFENDANT | HOLDING COMPANY, FIDELITY |
| KAILEY GILLIAM | NATIONAL FINANCIAL, INC., AND |
| | ALAMO TITLE INSURANCE |

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing instrument was served on all parties of record or their counsel by electronic service as indicated on the following service list on this the 7th day of January, 2026.

                                                                             */s/ Frederick D. Junkin*
                                                                             Frederick D. Junkin

## SERVICE LIST

| | |
|---|---|
| Michael Weems | John F. Carroll |
| *mweems@hwa.com* | *jcarrollsatx@gmail.com* |
| Total Energies Plaza | 1802 Blanco Road |
| 1201 Louisiana, 28thFloor | San Antonio, Texas 78212 |
| Houston, Texas 77002 | **By Electronic Service** |
| **By Electronic Service** | |